IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORDELL WILLIAMS, ) <br> #M-07892, ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> STEPHEN B. DUNCAN, ) <br> RICHARD MOORE, BETH TREDWAY, ) <br> THOMAS STUCK, ALAN DALLAS, ) <br> MATTHEW FREEMAN, CHAD RAY, ) <br> MICHAEL FISHER, DALE MONICAL, ) <br> JEFFERY J. MOLENHOUR, ) <br> SHAWN OCHS, ) <br> and COLLIN RAY, ) <br> ) <br>     **Defendants.** ) | Case No. 15-cv-00158-JPG |

## **MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

  Plaintiff Cordell Williams is currently incarcerated at Lawrence Correctional Center ("Lawrence"). On February 12, 2015, he filed this action *pro se* pursuant to 42 U.S.C. § 1983 (Doc. 1). In the complaint, Plaintiff alleges that his flat screen television was stolen while he was in segregation, and Lawrence officials refused to investigate the matter because of his sexual orientation (Doc. 1, pp. 5-8). He asserts claims against these officials under the First, Eighth, and Fourteenth Amendments (Doc. 1, p 5). Plaintiff seeks declaratory judgment, monetary damages, and injunctive relief (Doc. 1, p. 9). The complaint currently awaits preliminary review under 28 U.S.C. § 1915A.

  On March 4, 2015, Plaintiff filed a motion seeking to voluntarily dismiss this action (Doc. 5). Pursuant to this request, the Court shall grant the motion and dismiss the action without prejudice.

In the motion, Plaintiff acknowledges that dismissal does not relieve him of the obligation to pay the filing fee (Doc. 5, p. 1).  Plaintiff is correct.  His obligation to pay the filing fee was incurred at the time he filed the action.  Along with the complaint, Plaintiff filed a motion seeking leave to proceed *in forma pauperis* (Doc. 2), which the Court granted on February 19, 2015 (Doc. 4).  Therefore, the filing fee of $350.00[1] remains due and payable whether or not this action is voluntarily dismissed.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS HEREBY ORDERED** that Plaintiff's motion for voluntary dismissal (Doc. 5) is **GRANTED**, and this action is **DISMISSED without prejudice**.  See FED. R. CIV. P. 41(a)(1)(A)(i).  This dismissal shall *not* count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: March 10, 2015**

*s/J. Phil Gilbert*
**U.S. District Judge**

---

[1] Had the Court denied Plaintiff's motion for leave to proceed *in forma pauperis*, he would be obligated to pay $400.00, instead of $350.00.  This is because, effective May 1, 2013, the filing fee for a civil case increased from $350.00 to $400.00, by the addition of a new $50.00 administrative fee for filing a civil action, suit, or proceeding in a district court.  See Judicial Conference Schedule of Fees - District Court Miscellaneous Fee Schedule, 28 U.S.C. § 1914, No. 14.